IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LS, *Parent of minor child, SS* and SS,<br><br>    Plaintiffs,<br><br>    v.<br><br>LENAPE HIGH SCHOOL, *LHS*, LENAPE REGIONAL HIGH SCHOOL DISTRICT, *LRHSD*, MERCHANTVILLE POLICE DEPARTMENT, *MPD*,<br><br>    Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 16-1468 (JBS/KMW)<br><br>**ORDER DISMISSING PLAINTIFFS' MOTIONS FOR DEFAULT JUDGMENT AS MOOT** |

This matter comes before the Court by way of Plaintiffs' motions for default judgment against Defendants Lenape High School, Lenape Regional High School, and the Merchantville Police Department (hereinafter, "Defendants") [see Docket Items 17 & 18]; and the Court noting that Defendants filed Answers to Plaintiffs' Complaint within the time allotted by Court Rules [see Docket Items 11 & 13],[1] and that U.S. Magistrate Judge Karen M. Williams directed the parties to appear for an initial scheduling conference on June 2, 2016 [see Docket Item 12]; and for other good cause shown;

IT IS this   **21st**   day of   **April**  , **2016**, hereby

---

[1] Indeed, the Clerk of Court denied Plaintiffs' request for the entry of default for precisely that reason.

**ORDERED** that Plaintiffs' motions for default judgment [Docket Items 17 & 18] shall be, and hereby are, **DISMISSED AS MOOT**.


 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge